JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA MOREK,<br><br>               Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN<br>BERNARDINO, et al.,<br><br>               Defendants. | Case No.  EDCV 17-1465-GW(KSx)<br><br><br>**ORDER TO DISMISS** |

       Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed in its entirety. Each party will bear its own attorneys' fees and expenses.

       IT IS SO ORDERED.

Dated: January 30, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE